**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Hakim Abdulah RASHID, a/k/a Rodney
Buchanan, Defendant–Appellant.**

**No. 15–7215.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 19, 2015.

Decided: Nov. 24, 2015.

Hakim Abdulah Rashid, Appellant Pro
Se. Alfred William Walker Bethea, Jr.,
Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before NIEMEYER, KING, and
HARRIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Hakim Abdulah Rashid appeals the district court's order denying his Fed. R.Crim.P. 36 motion to correct an alleged error in the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion for sentence reduction. Although the district court correctly construed the motion as a motion for reconsideration, *cf.* Fed. R.Crim.P. 36 ("After giving any notice it considers appropriate, the court may ... correct a *clerical error* in a judgment, order, or other part of the record, or correct an error in the record arising from oversight or omission." (emphasis added)), because the district court lacked authority to reconsider its order granting Rashid's § 3582(c)(2) motion, *see United States v. Goodwyn,* 596 F.3d 233, 235–36 (4th Cir. 2010), we affirm the district court's order. *See United States v. Rashid,* No. 4:10–cr–00941–RBH–1 (D.S.C. July 28, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid in the decisional process.

*AFFIRMED.*